4

05/08/2003 15:31 FAX                                                          @002/005

MAY. 6. 2003  3:17PM   SCHL   REMLEY                               NO. 857   P. 6

# ACORD. CERTIFICATE OF LIABILITY INSURANCE

OP ID NS
MID-C-1

DATE (MM/DD/YYYY)
05/08/03

| | |
|---|---|
| PRODUCER<br>ufman, Remley & Assoc., Inc<br>1 Johnson Drive, Suite 500<br>sion KS 66205<br>one: 913-831-1777  Fax:913-831-4730 | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |

| INSURERS AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: Zurich Insurance Company | |
| INSURER B: WestPort Insurance Corporation | |
| INSURER C: Zurich Insurance Company | |
| INSURER D: | |
| INSURER E: | |

RED

Mid-Continental Restoration Co
Inc.
P O Box 429
Ft. Scott KS 66701

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR<br>LTR | ADD'L<br>INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE<br>DATE (MM/DD/YY) | POLICY EXPIRATION<br>DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| X | X | GENERAL LIABILITY<br>COMMERCIAL GENERAL LIABILITY | GL0351723801 | 07/01/02 | 07/01/03 | EACH OCCURRENCE | $1,000,000 |
| | | ☐ CLAIMS MADE ☒ OCCUR | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $300,000 |
| | X | Contractual | | | | MED EXP (Any one person) | $5,000 |
| | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | GENERAL AGGREGATE | $2,000,000 |
| | | POLICY ☒ PRO-<br>JECT ☐ LOC | | | | PRODUCTS - COMP/OP AGG | $1,000,000 |
| X | X | AUTOMOBILE LIABILITY<br>ANY AUTO | BAP3517240-01<br>TAP3517241-01 | 07/01/02<br>07/01/02 | 07/01/03<br>07/01/03 | COMBINED SINGLE LIMIT<br>(Ea accident) | $1,000,000. |
| | | ALL OWNED AUTOS | | | | BODILY INJURY<br>(Per person) | $ |
| | | SCHEDULED AUTOS | | | | | |
| | X | HIRED AUTOS | | | | BODILY INJURY<br>(Per accident) | $ |
| | X | NON-OWNED AUTOS | | | | | |
| | | | | | | PROPERTY DAMAGE<br>(Per accident) | $ |
| | | GARAGE LIABILITY<br>ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | | OTHER THAN    EA ACC<br>AUTO ONLY:        AGG | $<br>$ |
| X | X | EXCESS/UMBRELLA LIABILITY<br>☒ OCCUR ☐ CLAIMS MADE | TWG000390 | 07/01/02 | 07/01/03 | EACH OCCURRENCE | $5,000,000 |
| | | | | | | AGGREGATE | $5,000,000 |
| | | ☐ DEDUCTIBLE | | | | | $ |
| | | ☐ RETENTION   $ | | | | | $ |
| | | WORKERS COMPENSATION AND<br>EMPLOYERS' LIABILITY | WC351723901 (EXCEPT<br>MONOPOLISTIC STATES) | 07/01/02 | 07/01/03 | ☒ WC STATU-<br>TORY LIMITS   OTH-<br>ER | |
| | | ANY PROPRIETOR/PARTNER/EXECUTIVE<br>OFFICER/MEMBER EXCLUDED? | | | | E.L. EACH ACCIDENT | $1000000 |
| | | If yes, describe under<br>SPECIAL PROVISIONS below | | | | E.L. DISEASE - EA EMPLOYEE | $1000000 |
| | | OTHER | | | | E.L. DISEASE - POLICY LIMIT | $1000000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS
UNIVERSITY OF HOUSTON CLEAR LAKE STUDENT SERVICES PROJECT- JOB
095007. GENERAL LIABILITY-CERTIFICATE HOLDER IS AN ADDITIONAL INSURED PER
ATTACHED FORM CG2010.

| CERTIFICATE HOLDER    SWINERT | CANCELLATION |
|---|---|
| Swinerton Builders<br>55 Waugh Dr., Ste. 1200<br>Houston TX 77007 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.<br>AUTHORIZED REPRESENTATIVE<br>_Terry Remley /NW_ |

ACORD 25 (2001/08)                                              © ACORD CORPORATION 1988

Policy Number:    GL0351723801                        Commercial General Liability
Named Insured:    Mid-Continental Restoration Co., Inc.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED -- OWNERS, LESSEES OR CONTRACTORS (FORM B)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

SCHEDULE

**Name of Person or Organization:**                   University of Houston Clear Lake

Swinerton Builders, its parent and
affiliated companies, The Owner,
et al, Hellmuth, Obata & Kassabaum, Inc.,
and Other parties as required by Owner
and/or construction activities.

(If no entry appears above, information required to complete this endorsement will be shown in the
Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown
in the Schedule, but only with respect to liability arising out of "your work" for that insured by or for you.

It is further agreed that such insurance as is afforded by this policy for the benefit of the above Additional
Insured(s) shall be primary insurance as respects any claim, loss or liability arising out of the Named
Insured's ongoing operations, and any other insurance maintained by the Additional Insured(s) shall be
excess and non-contributory with the insurance provided hereunder.

It is agreed that the above policy contains a standard cross liability or server ability of interest clause.

05/08/2003 15:31 FAX @004/005

MAY. 8. 2003 3:16PM SCHI. .N REMLEY NO. 857 P. 2

# ACORD. CERTIFICATE OF PROPERTY INSURANCE

DATE (MM/DD/YY)
05/0 /03

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. | | |
|---|---|---|---|

hifman, Remley & Assoc., Inc
01 Johnson Drive, Suite 500
ssion KS 66205

one:913-831-1777 Fax:913-831-4730
IRED

| | COMPANIES AFFORDING COVERAGE |
|---|---|
| COMPANY A | Zurich Insurance Company |
| COMPANY B | |
| COMPANY C | |
| COMPANY D | |

Mid-Continental Restoration Co
Inc.
P O Box 429
Ft. Scott KS 66701

COVERAGES

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN. THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | | COVERED PROPERTY | LIMITS |
|---|---|---|---|---|---|---|
| PROPERTY | | | | | BUILDING | $ |
| CAUSES OF LOSS | | | | | PERSONAL PROPERTY | $ |
| BASIC | | | | | BUSINESS INCOME | $ |
| BROAD | | | | | EXTRA EXPENSE | $ |
| SPECIAL | | | | | BLANKET BUILDING | $ |
| EARTHQUAKE | | | | | BLANKET PERS PROP | $ |
| FLOOD | | | | | BLANKET BLDG & PP | $ |
| | | | | | | $ |
| X INLAND MARINE | MCP2994130 | 07/01/02 | 07/01/03 | X | Builders Risk | $500,000 |
| TYPE OF POLICY | | | | X | Deductible | $2,500 |
| Builders Risk | | | | X | Transit | $500,000 |
| CAUSES OF LOSS | | | | X | Temporary Storage | $500,000 |
| NAMED PERILS | | | | | | $ |
| OTHER | | | | | | $ |
| CRIME | | | | | | $ |
| TYPE OF POLICY | | | | | | $ |
| BOILER & MACHINERY | | | | | | $ |
| | | | | | | $ |
| OTHER | | | | | | $ |

ATION OF PREMISES/DESCRIPTION OF PROPERTY

CIAL CONDITIONS/OTHER COVERAGES

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| SWINE-1 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES. |
| SWINERTON BUILDERS ATTN ,ROBERT CUMMINGS 55 WAUGH DRIVE, STE 1200 HOUSTON TX 77007 | AUTHORIZED REPRESENTATIVE |

RD 24 (1/95) © ACORD CORPORATION 1995

5/08/2003 15:31 FAX                                                    ☑005/005
   MAY. 8. 2003  3:16PM    SCH   AN REMLEY                    NO. 857    P. 3

Exterior Building Repair - University of Houston - Clear Lake, Student
ervices/Classroom Building, Houston, TX  JOB #02095007

05/08/2003 15:30 FAX                                                      ☑001/005

# FAX

| | DATE | 5/8/2003 |

**# OF PAGES INCLUDING COVER   5**

O:    RUSSELL WILSON

FROM:        SUSAN

**MID-CONTINENTAL**
**RESTORATION CO., INC.**

400 E HUDSON
PO BOX 429
FT SCOTT  KS  66701-0429

HONE:        (713) 986-1465
AX PHONE:    (713) 986-1484

PHONE:      620-223-3700 EXT 22
FAX PHONE:  620-223-5052

ARD          ☒ YES          ☒ NO
OPY

EMARKS:      ☒URGENT      ☒FOR YOUR REVIEW    ☒REPLY ASAP    ☒PLEASE COMMENT

hanks

# ACORD　CERTIFICATE OF LIABILITY INSURANC

| | OP ID NS<br>MID-C-1 | DATE (MM/DD/YYYY)<br>05/08/03 |
|---|---|---|

PRODUCER

hifman, Remley & Assoc., Inc
01 Johnson Drive, Suite 500
ssion KS 66205
one:913-831-1777　Fax:913-831-4730

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

| INSURERS AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: Zurich Insurance Company | |
| INSURER B: WestPort Insurance Corporation | |
| INSURER C: Zurich Insurance Company | |
| INSURER D: | |
| INSURER E: | |

URED

Mid-Continental Restoration Co
Inc.
P O Box 429
Ft. Scott KS 66701

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| X | **GENERAL LIABILITY** | | | | EACH OCCURRENCE | $ 1,000,000 |
| X | COMMERCIAL GENERAL LIABILITY | GL0351723801 | 07/01/02 | 07/01/03 | DAMAGE TO RENTED PREMISES (Ea occurence) | $ 300,000 |
| | ☐ CLAIMS MADE ☐ OCCUR | | | | MED EXP (Any one person) | $ 5,000 |
| X | Contractual | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>☐ POLICY ☒ PRO-JECT ☐ LOC | | | | PRODUCTS - COMP/OP AGG | $ 1,000,000 |
| X | **AUTOMOBILE LIABILITY** | | | | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000. |
| X | ANY AUTO | BAP3517240-01<br>TAP3517241-01 | 07/01/02<br>07/01/02 | 07/01/03<br>07/01/03 | | |
| | ALL OWNED AUTOS | | | | BODILY INJURY (Per person) | $ |
| | SCHEDULED AUTOS | | | | | |
| X | HIRED AUTOS | | | | BODILY INJURY (Per accident) | $ |
| X | NON-OWNED AUTOS | | | | | |
| | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | **GARAGE LIABILITY** | | | | AUTO ONLY - EA ACCIDENT | $ |
| | ANY AUTO | | | | OTHER THAN　EA ACC<br>AUTO ONLY:　　AGG | $<br>$ |
| X | **EXCESS/UMBRELLA LIABILITY** | | | | EACH OCCURRENCE | $ 5,000,000 |
| X | ☒ OCCUR ☐ CLAIMS MADE | TWG000390 | 07/01/02 | 07/01/03 | AGGREGATE | $ 5,000,000 |
| | | | | | | $ |
| | ☐ DEDUCTIBLE | | | | | $ |
| | ☐ RETENTION　$ | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** | WC351723901 (EXCEPT MONOPOLISTIC STATES) | 07/01/02 | 07/01/03 | ☒ WC STATU-TORY LIMITS ☐ OTH-ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?<br>If yes, describe under<br>SPECIAL PROVISIONS below | | | | E.L. EACH ACCIDENT | $ 1000000 |
| | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1000000 |
| | **OTHER** | | | | E.L. DISEASE - POLICY LIMIT | $ 1000000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS

UNIVERSITY OF HOUSTON CLEAR LAKE STUDENT SERVICES PROJECT- JOB
095007. GENERAL LIABILITY-CERTIFICATE HOLDER IS AN ADDITIONAL INSURED PER
ATTACHED FORM CG2010.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| SWINERT<br><br>Swinerton Builders<br>55 Waugh Dr., Ste. 1200<br>Houston TX 77007 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ~~XXXXXXXXXX~~ MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, ~~XXXXXXXXXXXXXXXXXXXXX~~ ~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX~~ ~~XXXXXXXXXXX~~<br>AUTHORIZED REPRESENTATIVE<br>_Gary Remley /Nw_ |

ACORD 25 (2001/08)　　　　　　　© ACORD CORPORATION 1988

Policy Number:    GL0351723801              Commercial General Liability
Named Insured:    Mid-Continental Restoration Co., Inc.

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS (FORM B)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

**SCHEDULE**

**Name of Person or Organization:**              University of Houston Clear Lake

Swinerton Builders, its parent and
affiliated companies, The Owner,
et al, Hellmuth, Obata & Kassabaum, Inc.,
and Other parties as required by Owner
and/or construction activities.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule, but only with respect to liability arising out of "your work" for that insured by or for you.

It is further agreed that such insurance as is afforded by this policy for the benefit of the above Additional Insured(s) shall be primary insurance as respects any claim, loss or liability arising out of the Named Insured's ongoing operations, and any other insurance maintained by the Additional Insured(s) shall be excess and non-contributory with the insurance provided hereunder.

It is agreed that the above policy contains a standard cross liability or server ability of interest clause.

# ACORD CERTIFICATE OF PROPERTY INSURANCE

| | DATE (MM/DD/YY) |
|---|---|
| | 05/08/03 |

**PRODUCER**

ifman, Remley & Assoc., Inc
01 Johnson Drive, Suite 500
ssion KS 66205

one:913-831-1777  Fax:913-831-4730

**RED**

Mid-Continental Restoration Co
Inc.
P O Box 429
Ft. Scott KS 66701

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**COMPANIES AFFORDING COVERAGE**

| COMPANY A | Zurich Insurance Company |
|---|---|
| COMPANY B | |
| COMPANY C | |
| COMPANY D | |

**COVERAGES**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | | COVERED PROPERTY | LIMITS |
|---|---|---|---|---|---|---|---|
| | PROPERTY | | | | | BUILDING | $ |
| | CAUSES OF LOSS | | | | | PERSONAL PROPERTY | $ |
| | BASIC | | | | | BUSINESS INCOME | $ |
| | BROAD | | | | | EXTRA EXPENSE | $ |
| | SPECIAL | | | | | BLANKET BUILDING | $ |
| | EARTHQUAKE | | | | | BLANKET PERS PROP | $ |
| | FLOOD | | | | | BLANKET BLDG & PP | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| X | INLAND MARINE | MCP2994130 | 07/01/02 | 07/01/03 | X | Builders Risk | $ 500,000 |
| | TYPE OF POLICY | | | | X | Deductible | $ 2,500 |
| | Builders Risk | | | | X | Transit | $ 500,000 |
| | CAUSES OF LOSS | | | | X | Temporary Storage | $ 500,000 |
| | NAMED PERILS | | | | | | $ |
| | OTHER | | | | | | $ |
| | CRIME | | | | | | $ |
| | TYPE OF POLICY | | | | | | $ |
| | | | | | | | $ |
| | BOILER & MACHINERY | | | | | | $ |
| | | | | | | | $ |
| | OTHER | | | | | | |

**TION OF PREMISES/DESCRIPTION OF PROPERTY**

**AL CONDITIONS/OTHER COVERAGES**

**FICATE HOLDER**                      SWINE-1

SWINERTON BUILDERS
ATTN ROBERT CUMMINGS
55 WAUGH DRIVE, STE 1200
HOUSTON TX 77007

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL __30__ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES.

AUTHORIZED REPRESENTATIVE

*Gary Remley INW*

D 24 (1/95)                                    ACORD CORPORATION 1995



E: Exterior Building Repair - University of Houston - Clear Lake, Student
Services/Classroom Building, Houston, TX   JOB #02095007

5

# ACORD    CERTIFICATE OF LIABILITY INSURANCE

| | OP ID SG | DATE (MM/DD/YYYY) |
|---|---|---|
| | MID-C-1 | 06/26/03 |

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. | | |
|---|---|---|---|
| Chifman, Remley & Assoc., Inc 201 Johnson Drive, Suite 500 ssion KS 66205 Phone:913-831-1777  Fax:913-831-4730 | | | |
| | INSURERS AFFORDING COVERAGE | | NAIC # |
| INSURED | INSURER A:  St Paul Mercury Insurance Co | | |
| Mid-Continental Restoration Co Inc. P O Box 429 Ft. Scott KS 66701 | INSURER B:  St Paul Fire & Marine Ins Co | | |
| | INSURER C:  WestPort Insurance Corporation | | |
| | INSURER D: | | |
| | INSURER E: | | |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| X X | GENERAL LIABILITY  X COMMERCIAL GENERAL LIABILITY  CLAIMS MADE  X  OCCUR  X Contractual | KK08001080 | 07/01/03 | 07/01/04 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | MED EXP (Any one person) | $ 10,000 |
| | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER:  POLICY X  PRO-JECT  LOC | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| X X | AUTOMOBILE LIABILITY  X ANY AUTO  ALL OWNED AUTOS  SCHEDULED AUTOS  X HIRED AUTOS  X NON-OWNED AUTOS | KK08001080 KA08000226 | 07/01/03 07/01/03 | 07/01/04 07/01/04 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000. |
| | | | | | BODILY INJURY (Per person) | $ |
| | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | GARAGE LIABILITY  ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | OTHER THAN     EA ACC AUTO ONLY:          AGG | $ $ |
| X X | EXCESS/UMBRELLA LIABILITY  X OCCUR  CLAIMS MADE | TWG00039002 | 07/01/03 | 07/01/04 | EACH OCCURRENCE | $ 5,000,000 |
| | | | | | AGGREGATE | $ 5,000,000 |
| | DEDUCTIBLE  RETENTION  $ | | | | | $ $ $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY  ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?  If yes, describe under SPECIAL PROVISIONS below | WVK8000896 (EXCEPT MONOPOLISTIC STATES) | 07/01/03 | 07/01/04 | X WC STATU-TORY LIMITS   OTHER | |
| | | | | | E.L. EACH ACCIDENT | $ 1000000 |
| | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1000000 |
| | | | | | E.L. DISEASE - POLICY LIMIT | $ 1000000 |
| | OTHER | | | | | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS

: UNIVERSITY OF HOUSTON CLEAR LAKE STUDENT SERVICES PROJECT- JOB
2095007. GENERAL LIABILITY-CERTIFICATE HOLDER IS AN ADDITIONAL INSURED PER
ATTACHED ENDORSEMENT

02 095007    72896    464984

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| SWINERT | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL  30  DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES. |
| Swinerton Builders 55 Waugh Dr., Ste. 1200 Houston TX 77007 | AUTHORIZED REPRESENTATIVE  Eddie L Newborn |

ACORD 25 (2001/08)

© ACORD CORPORATION 1988



# MARSH

## CERTIFICATE OF INSURANCE

CERTIFICATE NUMBER
NYC-001897757-04

PRODUCER

Marsh USA Inc.
1166 Avenue of the Americas
New York, NY 10036
Attn: (212) 345-7000

RECEIVED
RECEIVED
JUN
JUN 0 1 2004
Lyda Swine...
Builders Inc.
Lyda Swinerton
Builders, Inc.

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER OTHER THAN THOSE PROVIDED IN THE POLICY. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES DESCRIBED HEREIN.

### COMPANIES AFFORDING COVERAGE

| COMPANY A | ACE AMERICAN INSURANCE COMPANY |
| COMPANY B | LEXINGTON INSURANCE COMPANY |
| COMPANY C | INDEMNITY INS CO OF N. AMERICA |
| COMPANY D | N/A |

INSURED

INGERSOLL-RAND COMPANY
DBA ELECTRONIC TECHNOLOGIES CORPORATION
200 CHESTNUT RIDGE ROAD
WOODCLIFF LAKE, NJ 07675

## COVERAGES

THIS IS TO CERTIFY THAT POLICIES OF INSURANCE DESCRIBED HEREIN HAVE BEEN ISSUED TO THE INSURED NAMED HEREIN FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THE CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, CONDITIONS AND EXCLUSIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|
| **GENERAL LIABILITY** | HDO G21690661 | 01/01/04 | 01/01/05 | GENERAL AGGREGATE | $ 5,000,000 |
| [X] COMMERCIAL GENERAL LIABILITY | | | | PRODUCTS - COMP/OP AGG | $ 5,000,000 |
| [ ] CLAIMS MADE [X] OCCUR | | | | PERSONAL & ADV INJURY | $ 5,000,000 |
| [ ] OWNER'S & CONTRACTOR'S PROT | | | | EACH OCCURRENCE | $ 5,000,000 |
| [X] CONTRACTUAL LIABILITY | | | | FIRE DAMAGE (Any one fire) | $ 1,000,000 |
| | | | | MED EXP (Any one person) | $ 10,000 |
| **AUTOMOBILE LIABILITY** | ISA HO 794097A | 01/01/04 | 01/01/05 | COMBINED SINGLE LIMIT | $ 1,000,000 |
| [X] ANY AUTO | | | | | |
| [ ] ALL OWNED AUTOS | | | | BODILY INJURY (Per person) | $ |
| [ ] SCHEDULED AUTOS | | | | | |
| [X] HIRED AUTOS | | | | BODILY INJURY (Per accident) | $ |
| [X] NON-OWNED AUTOS | | | | | |
| | | | | PROPERTY DAMAGE | $ |
| **GARAGE LIABILITY** | | | | AUTO ONLY - EA ACCIDENT | $ |
| [ ] ANY AUTO | | | | OTHER THAN AUTO ONLY: | |
| | | | | EACH ACCIDENT | $ |
| | | | | AGGREGATE | $ |
| **EXCESS LIABILITY** | 741-04-56 | 01/01/04 | 01/01/05 | EACH OCCURRENCE | $ 10,000,000 |
| [X] UMBRELLA FORM | | | | AGGREGATE | $ 10,000,000 |
| [ ] OTHER THAN UMBRELLA FORM | | | | | $ |
| **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** | WLRC43970252 (AOS) | 01/01/04 | 01/01/05 | [X] WC STATU-TORY LIMITS [ ] OTHER | |
| | SCF C43970215 (MA,WI) | 01/01/04 | 01/01/05 | EL EACH ACCIDENT | $ 3,000,000 |
| THE PROPRIETOR/ PARTNERS/EXECUTIVE OFFICERS ARE: [X] INCL [ ] EXCL | | | | EL DISEASE-POLICY LIMIT | $ 3,000,000 |
| | | | | EL DISEASE-EACH EMPLOYEE | $ 3,000,000 |
| **OTHER** | | | | | |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS
JOB #020950070- UNIVERSITY OF HOUSTON CLEAR LAKE STUDENT SERVICES.
IS ATTACHED.

 clair c#498451

CERTIFICATE HOLDER

SWINERTON BUILDERS CO.
55 WAUGH DRIVE, SUITE 1200
HOUSTON, TX 77007

### CANCELLATION

SHOULD ANY OF THE POLICIES DESCRIBED HEREIN BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE INSURER AFFORDING COVERAGE WILL ENDEAVOR TO MAIL ___30___ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED HEREIN, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER AFFORDING COVERAGE, ITS AGENTS OR REPRESENTATIVES, OR THE ISSUER OF THIS CERTIFICATE.

MARSH USA INC.

BY: Thomas A. Caldwell

MM1(3/02)

VALID AS OF: 05/21/04

POLICY NUMBER: HDO G21690661

ENDT. #16

COMMERCIAL GENERAL LIABILITY

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

### SCHEDULE

Name of Person or Organization:

* SWINERTON BUILDERS CO., ITS PARENTS AND AFFILIATED COMPANIES, THE OWNERS, ETAL HELLMUTH, OBATA & KASSABAUM, INC.: AND OTHER PARTIES AS REQUIRED BY OWNER AND/ OR CONSTRUCTION ACTIVITY

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule as an insured but only with respect to liability arising out of your operations or premises owned by or rented to you.





DDITIONAL INFORM

NYC 001975501

DATE (MM/DD/YY)
05/21/04

| RODUCER | COMPANIES AFFORDING COVERAGE |
|---|---|
| Marsh USA Inc.<br>1166 Avenue of the Americas<br>New York, NY  0036<br>Attn: (212) 345-6000 | COMPANY<br>E        N/A |
| | COMPANY<br>F |
| SURED | COMPANY<br>G |
| INGERSOLL-RAND COMPANY<br>DBA ELECTRONIC TECHNOLOGIES CORPORATION<br>200 CHESTNUT RIDGE ROAD<br>WOODCLIFF LAKE, NJ  07675 | COMPANY<br>H |

XCEPT FOR WORKERS COMPENSATION, EMPLOYER'S LIABILITY & AUTOMOBILE LIABILITY THE FOLLOWING SHALL BE INCLUDED AS
DDITIONAL INSURED(S):

WINERTON BUILDERS COMPANY, ITS PARENTS AND AFFILIATED COMPANIES, THE OWNERS, ETAL HELLMUTH, OBATA & KASSABAUM, INC.:
ND THEIR PARTIES AS REQUIRED BY OWNER AND/OR CONSTRUCTION/ACTIVITY.

UBJECT TO THE FOLLOWING LIMITATIONS: (1) THOSE ADDITIONAL INSURED(S)NAMED SHALL BE ENTITLED TO INDEMNIFICATION AS AN
DDITIONAL INSURED ONLY TO THE EXTENT OF ITS VICARIOUS LIABILITY ARISING SOLELY OUT OF THE ALLEGED NEGLIGENCE OR
VRONGFUL ACTS OR OMISSSIONS OF INGERSOLL RAND COMPANY, AND (2) THOSE ADDITIONAL INSURED(S) NAMED SHALL BE ENTITLED TO
 DEFENSE AS AN ADDITIONAL INSURED ONLY IF THE COMPLAINT AGAINST IT ALLEGES ONLY VICARIOUS LIABILITY OF THOSE ADDITIONAL
NSURED(S) NAMED ARISING SOLELY OUT OF THE ALLEGED NEGLIGENCE OR WRONGFUL ACTS OR OMISSIONS OF INGERSOLL RAND
OMPANY.

SWINERTON BUILDERS CO.
55 WAUGH DRIVE, SUITE 1200
HOUSTON, TX  77007

MARSH USA INC. BY

Thomas A. Caldwell          *Thomas Caldwell*

# MARSH CERTIFICATE C JRANCE

**CERTIFICATE NUMBER**
NYC-001897757-03

PRODUCER

Marsh USA Inc.
1166 Avenue of the Americas
New York, NY 10036
Attn: (212) 345-6000

RECEIVED

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER OTHER THAN THOSE SET FORTH IN THE POLICY. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES DESCRIBED HEREIN.

**COMPANIES AFFORDING COVERAGE** MAY 27 2004

Jyda Swinerton Builders, Inc.

| | COMPANY | |
|---|---|---|
| | A | ACE AMERICAN INSURANCE COMPANY |
| | B | LEXINGTON INSURANCE COMPANY |
| | C | INDEMNITY INS CO OF N. AMERICA |
| | D | N/A |

INSURED

INGERSOLL-RAND COMPANY
DBA ELECTRONIC TECHNOLOGIES CORPORATION
200 CHESTNUT RIDGE ROAD
WOODCLIFF LAKE, NJ 07675

## COVERAGES

THIS IS TO CERTIFY THAT POLICIES OF INSURANCE DESCRIBED HEREIN HAVE BEEN ISSUED TO THE INSURED NAMED HEREIN FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THE CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, CONDITIONS AND EXCLUSIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| | **GENERAL LIABILITY** | HDO G21690661 | 01/01/04 | 01/01/05 | GENERAL AGGREGATE | $ 5,000,000 |
| X | COMMERCIAL GENERAL LIABILITY | | | | PRODUCTS - COMP/OP AGG | $ 5,000,000 |
| | CLAIMS MADE [X] OCCUR | | | | PERSONAL & ADV INJURY | $ 5,000,000 |
| | OWNER'S & CONTRACTOR'S PROT | | | | EACH OCCURRENCE | $ 5,000,000 |
| X | CONTRACTUAL LIABILITY | | | | FIRE DAMAGE (Any one fire) | $ 1,000,000 |
| | | | | | MED EXP (Any one person) | $ 10,000 |
| | **AUTOMOBILE LIABILITY** | ISA HO 794097A | 01/01/04 | 01/01/05 | COMBINED SINGLE LIMIT | $ 1,000,000 |
| X | ANY AUTO | | | | | |
| | ALL OWNED AUTOS | | | | BODILY INJURY (Per person) | $ |
| | SCHEDULED AUTOS | | | | | |
| X | HIRED AUTOS | | | | BODILY INJURY (Per accident) | $ |
| X | NON-OWNED AUTOS | | | | | |
| | | | | | PROPERTY DAMAGE | $ |
| | **GARAGE LIABILITY** | | | | AUTO ONLY - EA ACCIDENT | $ |
| | ANY AUTO | | | | OTHER THAN AUTO ONLY: | |
| | | | | | EACH ACCIDENT | $ |
| | | | | | AGGREGATE | $ |
| | **EXCESS LIABILITY** | 741-04-56 | 01/01/04 | 01/01/05 | EACH OCCURRENCE | $ 10,000,000 |
| X | UMBRELLA FORM | | | | AGGREGATE | $ 10,000,000 |
| | OTHER THAN UMBRELLA FORM | | | | | |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** | WLRC43970252 (AOS) SCF C43970215 (MA,WI) | 01/01/04 01/01/04 | 01/01/05 01/01/05 | [X] WC STATU-TORY LIMITS OTHER | |
| | THE PROPRIETOR/ PARTNERS/EXECUTIVE | [X] INCL | | | EL EACH ACCIDENT | $ 3,000,000 |
| | OFFICERS ARE: | EXCL | | | EL DISEASE-POLICY LIMIT | $ 3,000,000 |
| | **OTHER** | | | | EL DISEASE-EACH EMPLOYEE | $ 3,000,000 |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS
JOB #020950070- UNIVERSITY OF HOUSTON CLEAR LAKE STUDENT SERVICES.
E ATTACHED.

*Clear Lake*

## CERTIFICATE HOLDER

SWINERTON BUILDDERS CO.
55 WAUGH DRIVE, SUITE 1200
HOUSTON, TX 77007

## CANCELLATION

SHOULD ANY OF THE POLICIES DESCRIBED HEREIN BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE INSURER AFFORDING COVERAGE WILL ENDEAVOR TO MAIL ___30___ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED HEREIN, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER AFFORDING COVERAGE, ITS AGENTS OR REPRESENTATIVES, OR THE ISSUER OF THIS CERTIFICATE

MARSH USA INC.
BY: Thomas A. Caldwell    *Thomas Caldwell*

MM1(3/02)    VALID AS OF: 05/20/04

DDITIONAL INFORM....ON

NYC 0019755703  DATE (MM/DD/YY) 05/20/04

| | COMPANIES AFFORDING COVERAGE |
|---|---|
| **ODUCER**<br>Marsh USA Inc.<br>1166 Avenue of the Americas<br>New York, NY  10036<br>Attn: (212) 345-6000 | **COMPANY**<br>E      N/A |
| | **COMPANY**<br>F |
| **URED**<br>INGERSOLL-RAND COMPANY<br>DBA ELECTRONIC TECHNOLOGIES CORPORATION<br>200 CHESTNUT RIDGE ROAD<br>WOODCLIFF LAKE, NJ  07675 | **COMPANY**<br>G |
| | **COMPANY**<br>H |

XCEPT FOR WORKERS COMPENSATION, EMPLOYER'S LIABILITY & AUTOMOBILE LIABILITY THE FOLLOWING SHALL BE INCLUDED AS DDITIONAL INSURED(S):

WINERTON BUILDERS COMPANY, ITS PARENTS AND AFFILIATED COMPANIES, THE OWNERS, ETAL HELLMUTH, OBATA & KASSABAUM, INC.: ND THEIR PARTIES AS REQUIRED BY OWNER AND/OR CONSTRUCTION/ACTIVITY.

UBJECT TO THE FOLLOWING LIMITATIONS: (1) THOSE ADDITIONAL INSURED(S)NAMED SHALL BE ENTITLED TO INDEMNIFICATION AS AN DDITIONAL INSURED ONLY TO THE EXTENT OF ITS VICARIOUS LIABILITY ARISING SOLELY OUT OF THE ALLEGED NEGLIGENCE OR /RONGFUL ACTS OR OMISSSIONS OF INGERSOLL RAND COMPANY, AND (2) THOSE ADDITIONAL INSURED(S) NAMED SHALL BE ENTITLED TO DEFENSE AS AN ADDITIONAL INSURED ONLY IF THE COMPLAINT AGAINST IT ALLEGES ONLY VICARIOUS LIABILITY OF THOSE ADDITIONAL ISURED(S) NAMED ARISING SOLELY OUT OF THE ALLEGED NEGLIGENCE OR WRONGFUL ACTS OR OMISSIONS OF INGERSOLL RAND OMPANY.

SWINERTON BUILDDERS CO.
55 WAUGH DRIVE, SUITE 1200
HOUSTON, TX  77007

MARSH USA INC. BY

Thomas A. Caldwell  *Thomas Caldwell*

POLICY NUMBER:  HDO G21690661

ENDT.  #16

COMMERCIAL GENERAL LIABILITY

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

### SCHEDULE

**Name of Person or Organization:**

*     SWINERTON BUILDERS CO., ITS PARENTS AND AFFILIATED COMPANIES, THE OWNERS, ETAL
      HELLMUTH, OBATA & KASSABAUM, INC.: AND OTHER PARTIES AS REQUIRED BY OWNER
      AND/ OR CONSTRUCTION ACTIVITY

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule as an insured but only with respect to liability arising out of your operations or premises owned by or rented to you.

*   Any person, organization, trustee or estate to whom or to which the named insured is obligated by virtue of any agreement, to provide insurance such as is afforded by this policy, but only to the extent and for such limits as the named insured has agreed prior to loss to provide insurance for such person, organization, trustee or estate.  This insurance, provisions of this policy to the contrary notwithstanding, if the named insured has agreed to provide primary insurance, will be considered as primary insurance.

∨

CG 20 26 11 85          Copyright, Insurance Services Office, Inc., 1984          Page 1 of 1          ☐

7

# ACORD™ CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YY)**
06/18/03

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |
|---|---|

Wollmann Insurance Agency, Inc
103 East Academy Street

Brenham, TX 77833
(979) 836-3613

**INSURED**

Excel Plumbing, Inc.

11070 Regency Green Dr
Cypress TX 77429

**COMPANIES AFFORDING COVERAGE**

| COMPANY A | Continental Western Ins Co |
|---|---|
| COMPANY B | Union Insurance Company |
| COMPANY C | |
| COMPANY D | |

## COVERAGES

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY** X COMMERCIAL GENERAL LIABILITY CLAIMS MADE X OCCUR OWNERS & CONTRACTOR'S PROT | TP 1790934-22 | 10/16/02 | 10/16/03 | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | FIRE DAMAGE (Any one fire) | $ 100,000 |
| | | | | | MED EXP (Any one person) | $ 5,000 |
| B | **AUTOMOBILE LIABILITY** X ANY AUTO ALL OWNED AUTOS SCHEDULED AUTOS | TA 2333704-22 | 10/16/02 | 10/16/03 | COMBINED SINGLE LIMIT | $ 1,000,000 |
| B | X HIRED AUTOS | | | | BODILY INJURY (Per person) | $ |
| B | X NON-OWNED AUTOS | | | | BODILY INJURY (Per accident) | $ |
| | | | | | PROPERTY DAMAGE | $ |
| | **GARAGE LIABILITY** ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | OTHER THAN AUTO ONLY: | |
| | | | | | EACH ACCIDENT | $ |
| | | | | | AGGREGATE | $ |
| A | **EXCESS LIABILITY** X UMBRELLA FORM OTHER THAN UMBRELLA FORM | MC 9048105-21 | 01/09/03 | 10/16/03 | EACH OCCURRENCE | $ 4,000,000 |
| | | | | | AGGREGATE | $ 4,000,000 |
| | | | | | | $ |
| A | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** THE PROPRIETOR/ PARTNERS/EXECUTIVE X INCL OFFICERS ARE: EXCL | WC 2508582-22 | 10/16/02 | 10/16/03 | WC STATU- X OTH- TORY LIMITS ER | |
| | | | | | EL EACH ACCIDENT | $ 1,000,000 |
| | | | | | EL DISEASE - POLICY LIMIT | $ 1,000,000 |
| | | | | | EL DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | **OTHER** | | | | | |

**DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS**

Attn: Russell Wilson, FAX 713/986-1484
CL - Certificate holder is an additional insured per attached form CG 20 10
UMCL Student Services Project Swinerton Bldrs Job No. 02095007

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Swinerton Builders 55 Waugh Dr, STE 1200 Houston, TX 77007 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES. **AUTHORIZED REPRESENTATIVE** David Wollmann, CIC *David Wollmann CIC* |

ACORD 25-S (1/95)

TP   1790934 - 22     10/16/02     SA4     06/18/03

CG 20 10 03 97

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

Name of Person or Organization:

TIMCO CUSTOM BUILDERS & CONTRACTORS,
INC.
P.O. BOX 243
CHANNELVIEW, TX  77530

EE REED CONSTRUCTION, L.C.
VANTAGE DEVELOPMENT #28, INC.
SOUTH TRUST BANK
P.O. BOX 108
SUGAR LAND, TX  77487-0108

COLLIER CONSTRUCTION
P.O. BOX 1889
BRENHAM, TX  77834-1889

Brae Burn Construction Company
Attn: Steve Smith
P.O. Box 742288
Houston, TX  77274

SCS Construction Management Inc
Attn: Al Weaver
7438 Wright Road
Houston, TX  77041

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**Who Is An Insured** (Section II) is amended to include as an insured the person or organization shown in the Schedule, but only with respect to liability arising out of your ongoing operations performed for that insured.

Copyright, Insurance Services Office, Inc., 1996

TP  1790934 - 22      10/16/02      SA4      06/18/03

CG 20 10 03 97

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**ADDITIONAL INSURED - OWNERS, LESSEES OR
CONTRACTORS - SCHEDULED PERSON OR ORGANIZATION**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Name of Person or Organization:**

EE REED CONSTRUCTION, L.C.
VANTAGE DEVELOPMENT #24, INC.
GUARANTY FEDERAL BANK, FSB
P.O. BOX 108
SUGAR LAND, TX  77487-0108

DYAD CONSTRUCTORS, INC.
ITS OWNERS & ARCHITECTS
8505 HOLT STREET
HOUSTON, TX  77054-4000

DALMAC CONSTRUCTION COMPANY
TOMBALL ISD
SHW GROUP, INC.
11335 CLAY RD., SUITE 190
HOUSTON, TX  77041

EE REED CONSTRUCTION LC
CLAY CROSSING BUSINESS CENTER II, LP
P.O. BOX 108
SUGAR LAND, TX  77487-0108

Falcon Group Construction
5225 Katy Freeway, Ste 530
Houston, TX  77007

(If no entry appears above, information required to complete this endorsement will be
shown in the Declarations as applicable to this endorsement.)

**Who Is An Insured (Section II)** is amended to include as an insured the person or
organization shown in the Schedule, but only with respect to liability arising out of
your ongoing operations performed for that insured.

Copyright, Insurance Services Office, Inc., 1996        CG 20 10 03 97

TP    1790934 - 22          10/16/02        SA6        06/18/03

CG 20 10 03 97

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED - OWNERS, LESSEES OR
## CONTRACTORS - SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

SCHEDULE

Name of Person or Organization:


Construction, LTD
1825 Upland
Houston, TX   77043

MARSHALL CONSTRUCTION CO., INC.
P.O. BOX 7538
HOUSTON, TX   77270-7538

Sterling Structures LP
9039 Kathy Freeway #301
Houston, TX   77024

Swinerton Builders
55 Waugh Drive, Ste 1200
Houston, TX   77007
Applies To: SWINERTON BUILDERS

(If no entry appears above, information required to complete this endorsement will be
shown in the Declarations as applicable to this endorsement.)


**Who Is An Insured** (Section II) is amended to include as an insured the person or
organization shown in the Schedule, but only with respect to liability arising out of
your ongoing operations performed for that insured.

Copyright, Insurance Services Office, Inc., 1996

TP   1790934 - 22       10/16/02        SA4        06/18/03

CG 02 05 01 96

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## TEXAS CHANGES - AMENDMENT OF CANCELLATION
### PROVISIONS OR COVERAGE CHANGE.

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABLITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABLITY COVERAGE PART
POLLUTIN LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

In the event of cancellation or material change that reduces or restricts the insurance afforded by this Coverage Part, we agree to mail prior written notice of cancellation or material change to:

SCHEDULE

TIMCO CUSTOM BUILDERS & CONTRACTORS,
INC.
P.O. BOX 243
CHANNELVIEW, TX  77530

EE REED CONSTRUCTION, L.C.
VANTAGE DEVELOPMENT #28, INC.
SOUTH TRUST BANK
P.O. BOX 108
SUGAR LAND, TX  77487-0108

COLLIER CONSTRUCTION
P.O. BOX 1889
BRENHAM, TX  77834-1889

Brae Burn Construction Company
Attn: Steve Smith
P.O. Box 742288
Houston, TX  77274

SCS Construction Management Inc
Attn: Al Weaver
7438 Wright Road
Houston, TX  77041

Number of days advance notice:   30

EE REED CONSTRUCTION, L.C.
VANTAGE DEVELOPMENT #24, INC.
GUARANTY FEDERAL BANK, FSB
P.O. BOX 108
SUGAR LAND, TX  77487-0108

DYAD CONSTRUCTORS, INC.
ITS OWNERS & ARCHITECTS
8505 HOLT STREET
HOUSTON, TX  77054-4000

DALMAC CONSTRUCTION COMPANY
TOMBALL ISD
SHW GROUP, INC.
11335 CLAY RD., SUITE 190
HOUSTON, TX  77041

EE REED CONSTRUCTION LC
CLAY CROSSING BUSINESS CENTER II, LP
P.O. BOX 108
SUGAR LAND, TX  77487-0108

Falcon Group Construction
5225 Katy Freeway, Ste 530
Houston, TX  77007

Number of days advance notice:   30


Construction, LTD
1825 Upland
Houston, TX  77043

MARSHALL CONSTRUCTION CO., INC.
P.O. BOX 7538
HOUSTON, TX  77270-7538

Sterling Structures LP
9039 Kathy Freeway #301
Houston, TX  77024

Swinerton Builders
55 Waugh Drive, Ste 1200
Houston, TX  77007
Applies To: SWINERTON BUILDERS

Number of days advance notice:   30


(If no entry appears above, information required to complete this endorsement will be
shown in the Declarations as applicable to this endorsement.)

     Copyright, Insurance Services Office, Inc., 1994     CG 02 05 01 96

# ACORD. CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YY)**
03/18/03

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |
|---|---|

Wellman Insurance Agency, Inc
103 East Academy Street

Brenham, TX 77833
(979) 836-3613

**INSURED**

Excel Plumbing, Inc.

11070 Regency Green Dr
Cypress TX 77429

**COMPANIES AFFORDING COVERAGE**

**COMPANY A** Continental Western Ins Co

**COMPANY B** Union Insurance Company

**COMPANY C**

**COMPANY D**

---

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| **A** | **GENERAL LIABILITY** X COMMERCIAL GENERAL LIABILITY CLAIMS MADE X OCCUR OWNER'S & CONTRACTOR'S PROT | TP 1790934-22 | 10/16/02 | 10/16/03 | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | FIRE DAMAGE (Any one fire) | $ 100,000 |
| | | | | | MED EXP (Any one person) | $ 5,000 |
| **B** **B** **B** | **AUTOMOBILE LIABILITY** X ANY AUTO ALL OWNED AUTOS SCHEDULED AUTOS X HIRED AUTOS X NON-OWNED AUTOS | TA 2333704-22 | 10/16/02 | 10/16/03 | COMBINED SINGLE LIMIT | $ 1,000,000 |
| | | | | | BODILY INJURY (Per person) | $ |
| | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | PROPERTY DAMAGE | $ |
| | **GARAGE LIABILITY** ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | OTHER THAN AUTO ONLY: | |
| | | | | | EACH ACCIDENT | $ |
| | | | | | AGGREGATE | $ |
| **A** | **EXCESS LIABILITY** X UMBRELLA FORM OTHER THAN UMBRELLA FORM | NU 9048105-21 | 01/09/03 | 10/16/03 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | AGGREGATE | $ 1,000,000 |
| | | | | | | $ |
| **A** | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** THE PROPRIETOR/ PARTNERS/EXECUTIVE OFFICERS ARE: X INCL EXCL | WC 2508582-22 | 10/16/02 | 10/16/03 | WC STATU- TORY LIMITS X OTH- ER | |
| | | | | | EL EACH ACCIDENT | $ 1,000,000 |
| | | | | | EL DISEASE - POLICY LIMIT | $ 1,000,000 |
| | | | | | EL DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | **OTHER** | | | | | |

**DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS**

Attn: Russell Wilson, FAX 713/986-1484
GL - Certificate holder is an additional insured per attached form CG 20 10
UHCL Student Services Project Swinerton Bldrs job No. 02095007

---

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Swinerton Builders 55 Waugh Dr, STE 1200 Houston, TX 77007 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL __30__ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES. **AUTHORIZED REPRESENTATIVE** David Wellman, CIC |

ACORD 25-S (1/95) © ACORD CORPORATION 1988

Case 4:05-cv-01741 Document 1 Filed in TXSD on 05/05/03

TP 1790934 - 22        10/16/02        REC        05/05/03

1/15/03

# 101

US CD 60

## Continental Western Insurance Company
### AMENDATORY ENDORSEMENT

Policy No.  TP  1790934-22

5/15/03 db
co 143
Cob47

| Named Insured and Address | Agent Name and Address        2526 |
|---|---|
| EXCEL PLUMBING, INC.<br>11070 REGENCY GREEN DRIVE<br>CYPRESS, TX 77429 | (979)836-3613<br><br>WELLMANN INSURANCE AGENCY, INC<br>103 E ACADEMY<br>BRENHAM, TX 77833 |

This endorsement, effective March 18, 2003, forms a part of Policy TP  1790934 - 22

$   12,989      ADJUSTED Annual Premium

$        29      ADDITIONAL Premium For Endorsement

### PREMIUM DESCRIPTION

| Coverage | Additional | Return |
|---|---|---|
| General Liability | $        29 | |
| **Total** | $        29 | $ |

@19%

### Description of Changes

ADD THE FOLLOWING AS ADDITIONAL INSURED WITH 30 DAY NOTICE OF CANCELLATION IN
REGARDS TO GENERAL LIABILITY - FORM CG 2010 APPLIES WITH $50 CHARGE.
CG0205 APPLIES - NO CHARGE:

SWINERTON BUILDERS
55 WAUGH DRIVE, STE 1200
HOUSTON, TX 77007



From: Garcia Covenant Agency  To: SWINERTON BLDRS       Date: 5/?/20?0  Time: 05:42:?:40

# CERTIFICATE OF LIABILITY INSURANCE

| | DATE |
|---|---|
| | 05/19/2004 |

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |
|---|---|

**PRODUCER**
JOHN T GARCIA INS AGENCY, INC.
10575 KATY FREEWAY, SUITE 315

HOUSTON          TX  77024-

| | INSURERS AFFORDING COVERAGE |
|---|---|

**INSURED**
Cypress Industrial Coatings
12922 New Cypress Dr

Cypress          TX  77429-

| INSURER A: | ATLANTIC CASUALTY |
|---|---|
| INSURER B: | |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | | **GENERAL LIABILITY** | | / / | / / | EACH OCCURRENCE | $ 1,000,000 |
| | X | X COMMERCIAL GENERAL LIABILITY | | | | FIRE DAMAGE (Any one fire) | $ 50,000 |
| | | CLAIMS MADE  X OCCUR | L-076001004 | 09/04/2003 | 09/04/2004 | MED EXP (Any one person) | $ 5,000 |
| | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | / / | / / | GENERAL AGGREGATE | $ 2,000,000 |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: POLICY  PRO-JECT  LOC | | / / | / / | PRODUCTS - COMP/OP AGG | $ 1,000,000 |
| | | **AUTOMOBILE LIABILITY** | | / / | / / | | |
| | | ANY AUTO | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | ALL OWNED AUTOS | | / / | / / | | |
| | | SCHEDULED AUTOS | | | | BODILY INJURY (Per person) | $ |
| | | HIRED AUTOS | | / / | / / | | |
| | | NON OWNED AUTOS | | | | BODILY INJURY (Per accident) | $ |
| | | | | / / | / / | PROPERTY DAMAGE (Per accident) | $ |
| | | **GARAGE LIABILITY** | | / / | / / | AUTO ONLY - EA ACCIDENT | $ |
| | | ANY AUTO | | / / | / / | OTHER THAN    EA ACC | $ |
| | | | | | | AUTO ONLY:    AGG | $ |
| | | **EXCESS LIABILITY** | | / / | / / | EACH OCCURRENCE | $ |
| | | OCCUR  CLAIMS MADE | | | | AGGREGATE | $ |
| | | | | | | | $ |
| | | DEDUCTIBLE | | / / | / / | | $ |
| | | RETENTION  $ | | | | | |
| | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** | | / / | / / | WC STATU-TORY LIMITS  OTH-ER | |
| | | | | / / | / / | E L EACH ACCIDENT | $ |
| | | | | | | E L DISEASE - EA EMPLOYEE | $ |
| | | | | | | E L DISEASE - POLICY LIMIT | $ |
| | | **OTHER** | | / / | / / | | |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS
OF JOB #02095007 - UNIVERSITY OF HOUSTON CLEAR LAKE STUDENT SERVICE PROJECT - CERTIFICATE HOLDER IS SHOWN AS AN ADDITIONAL INSURED

| CERTIFICATE HOLDER | ADDITIONAL INSURED; INSURER LETTER: ____ | CANCELLATION |
|---|---|---|

( ) -        ( ) -

SWINERTON BUILDERS
55 WAUGH DR., STE 1200

HOUSTON          TX  77007-5837

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL XXXXXXXXXXXX MAIL **10** DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

AUTHORIZED REPRESENTATIVE

ACORD 25-S (7/97)          © ACORD CORPORATION 1988

INS025S (9910) 02          ELECTRONIC LASER FORMS, INC. - (800)327-0545          Page 1 of 2

## IMPORTANT

If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

## DISCLAIMER

The Certificate of Insurance on the reverse side of this form does not constitute a contract between the issuing insurer(s), authorized representative or producer, and the certificate holder, nor does it affirmatively or negatively amend, extend or alter the coverage afforded by the policies listed thereon.

**RD 25-S (7/97)**

**INS025S** (9910).02

# FACSIMILE COVER PAGE

| | | | |
|---|---|---|---|
| **To :** | **SWINERTON BLDRS** | **From :** | FIRE |
| **Sent :** | 5/27/2004 at 1:47:20 PM | **Pages :** | 3 (including Cover) |
| **Subject :** | CYPRESS IND. COATING | | |

# CERTIFICATE OF LIABILITY INSURANCE

OP ID MH CREAT-1

DATE (MM/DD/YYYY) 07/15/04

PRODUCER

Hamann Insurance Agency
0 S. Mason Rd., Suite A-1
ty TX 77450
one: 281-392-2886 Fax: 281-392-3291

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

INSURERS AFFORDING COVERAGE | NAIC #

INSURED

CYPRESS INDUSTRIAL COATINGS
STEVE ZAMBRELLI
15822 NEW CYPRESS DRIVE
CYPRESS TX 77429

INSURER A: AmComp Assurance #1308
INSURER B:
INSURER C:
INSURER D:
INSURER E:

## COVERAGES

| TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE | POLICY EXPIRATION DATE | LIMITS | |
|---|---|---|---|---|---|
| GENERAL LIABILITY | | | | EACH OCCURRENCE | $ |
| WORKERS COMPENSATION AND EMPLOYERS LIABILITY | T.B.A. | 03/25/04 | 03/25/05 | E.L. EACH ACCIDENT | $100,000 |
| | | | | E.L. DISEASE - EA EMPLOYEE | $100,000 |
| | | | | E.L. DISEASE - POLICY LIMIT | $500,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS
B #02095007

CERTIFICATE HOLDER

SWINERT
Swinerton Builders
713-986-1484
Waugh Drive #1200
Houston TX 77007

CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

AUTHORIZED REPRESENTATIVE
Dennis Hamann

ACORD 26 (2001/08)

© ACORD CORPORATION 1988