IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Swinerton Builders,**<br>　　Plaintiff, | §<br>§<br>§ | |
| vs. | §<br>§ | CIVIL ACTION NO. |
| **Zurich American Insurance Company, Travelers Insurance Company, ACE American Insurance Company, Atlantic Casualty, Continental Western Insurance Company, Hartford Casualty Insurance Company, ACEA American Insurance Company and CNA Transportation Insurance Company, St. Paul Mercury Insurance Company & Amerisure Mutual Insurance Company,**<br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 4:10-CV-01791 |

## ST. PAUL MERCURY INSURANCE COMPANY'S
## CERTIFICATE OF INTERESTED PARTIES

Defendant, St. Paul Mercury Insurance Company ("St. Paul") files this Certificate of Interested Parties and respectfully shows as follows:

1.　The following is a list of the parties who are persons or entities may have a financial interest in the outcome of the above-styled and numbered case:

　　A.　Swinerton Builders
　　　　**Plaintiff**

　　B.　Zurich American Insurance Company
　　　　**Defendant**

　　C.　ACE American Insurance Company
　　　　**Defendant**

　　D.　Atlantic Casualty
　　　　**Defendant**

　　E.　Continental Western Insurance Company
　　　　**Defendant**

---

**ST. PAUL MERCURY INSURANCE COMPANY'S**
**CERTIFICATE OF INTERESTED PARTIES**　　　　　　　　　　　　　　　　　　　　　　**PAGE 1**
1100279

      F.      Hartford Casualty Insurance Company
**Defendant**

      G.      CNA Transportation Insurance Company
**Defendant**

      H.      St. Paul Mercury Insurance Company
**Defendant**

      I.      Amerisure Mutual Insurance Company
**Defendant**

      J.      CNA Claimplus, Inc.
**Defendant**

      K.      CNA Casualty Company of Texas
**Defendant**

2. If new parties are added or additional persons or entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this litigation, St. Paul shall promptly file an amended Certificate with the Court.

Respectfully submitted,

**HERMES SARGENT BATES, L.L.P.**

By: */s/ Alissa K. Christopher*
**VERONICA M. BATES**
*Attorney-in-charge*
State Bar No. 01912795
Southern District Bar No. 16204
**ALISSA K. CHRISTOPHER**
State Bar No. 11531020
Southern District Bar No. 16201

901 Main St., Suite 5200
Dallas, TX 75202
(214) 749-6000
(214) 749-6100 (Fax)

**ATTORNEYS FOR DEFENDANT
ST. PAUL MERCURY INSURANCE
COMPANY**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded on this the 3rd day of August, 2010 to the following counsel of record in accordance with the Federal Rules of Civil Procedure:

Lawrence J. West
Joshua W. Mermis
Johnson, Trent, West & Taylor, LLP
919 Milam Street, Suite 1700
Houston, Texas  77002

David M. Pruessner
Jes Alexander
The Law Offices of David M. Pruessner
13155 Noel Road, Suite 1025
Dallas, Texas  75240

Marcus R. Tucker
Christine Raborn
Royston, Rayzor, Vickery & Williams, L.L.P.
711 Louisiana, Suite 500
Houston, Texas  77002

Beth D. Bradley
Stephen A. Melendi
Tollefson Bradley Ball & Mitchell, LLP
2811 McKinney Avenue, Suite 250
Dallas, Texas  75204

Camille Johnson
Savrick, Schumann, Johnson,
McGarr, Kaminski & Shirley, L.L.P.
6440 N. Central Expressway, Suite 107
Dallas, Texas 75206

Joseph A. Ziemianski
Nejat A. Ahmed
Cozen O'Connor
1221 McKinney Street, Suite 2900
Houston, Texas 77010-2011

                                    /s/ Alissa K. Christopher
                                **ALISSA K. CHRISTOPHER**