IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| *Swinerton Builders,* | § § § | |
| **Plaintiff,** | § § § | |
| v. | § § § | |
| *Zurich American Insurance Company, Travelers Insurance Company, ACE American Insurance Company, Atlantic Casualty, Continental Western Insurance Company, Hartford Casualty Insurance Company, ACEA American Insurance Company and CNA Transportation Insurance Company, St. Paul Mercury Insurance Company & Amerisure Mutual Insurance Company,* | § § § § § § § § § § § § | CIVIL ACTION NO. 4:10-CV-01791 |
| **Defendants.** | § § | |

# Order Granting
## Plaintiff Swinerton Builders' Motion for Partial Summary Judgment Against Defendant Amerisure Mutual Insurance Co. on the Duty to Defend

After considering Plaintiff Swinerton Builders' Motion for Partial Summary Judgment Against Defendant Amerisure Mutual Insurance Co. on the Duty to Defend, the Court:

FINDS that Defendant Amerisure Mutual Insurance Co. owes a duty to defend to Plaintiff Swinerton Builders under Policy No. CPP 2003071 for the Policy Period of October 1, 2002, to October 1, 2003;

FINDS that Defendant Amerisure Mutual Insurance Co. owes a duty to defend to Plaintiff Swinerton Builders under Policy No. CPP 2003071 for the Policy Period of October 1, 2003, to October 1, 2004;

-2-

FINDS that Defendant Amerisure Mutual Insurance Co. owes a duty to defend to Plaintiff Swinerton Builders under Policy No. CPP 2003071 for the Policy Period of October 1, 2004, to October 1, 2005;

FINDS that a duty to defend was triggered by Plaintiff University of Houston System's Original, First Amended, Second Amended, Third Amended, and Fourth Amended Petitions in *University of Houston System v. Swinerton Builders, et al.,* Cause No. 2006-76157, in the 334th Judicial District Court of Harris County, Texas;

GRANTS Plaintiff Swinerton Builders' Motion for Partial Summary Judgment Against Defendant Amerisure Mutual Insurance Co. on the Duty to Defend; and

GRANTS Plaintiff Swinerton Builders all other relief to which it is justly entitled.

SIGNED: _____, 2011

_____
Judge Kenneth M. Hoyt