IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| *Swinerton Builders,* | § | |
| Plaintiff, | § | |
| v. | § | |
| *Zurich American Insurance Company, Travelers Insurance Company, ACE American Insurance Company, Atlantic Casualty, Continental Western Insurance Company, Hartford Casualty Insurance Company, ACEA American Insurance Company and CNA Transportation Insurance Company, St. Paul Mercury Insurance Company & Amerisure Mutual Insurance Company,* | § | CIVIL ACTION NO. 4:10-CV-01791 |
| Defendants. | § | |

## Appendix to
## Plaintiff Swinerton Builders' Motion for Partial Summary Judgment Against Defendant Amerisure Mutual Insurance Co. on the Duty to Defend

The following is a list of Exhibits to Plaintiff Swinerton Builders' Motion for Partial Summary Judgment Against Defendant Amerisure Mutual Insurance Co. on the Duty to Defend:

| Exhibit | Description | App. Pages |
|---|---|---|
| Exhibit A | University's Original Petition | SWIN App. 000001-000016 |
| Exhibit B | University's First Amended Petition | SWIN App. 000017-000035 |
| Exhibit C | University's Second Amended Petition | SWIN App. 000036-000054 |
| Exhibit D | University's Third Amended Petition | SWIN App. 000055-000073 |
| Exhibit E | University's Fourth Amended Petition | SWIN App. 000074-000094 |

| Exhibit | Description | App. Pages |
|---|---|---|
| Exhibit F | Policy No. CPP 2003071 for the Policy Period of October 1, 2002, to October 1, 2003 | SWIN App. 000095-000210 |
| Exhibit G | Policy No. CPP 2003071 for the Policy Period of October 1, 2003, to October 1, 2004 | SWIN App. 000211-000387 |
| Exhibit H | Policy No. CPP 2003071 for the Policy Period of October 1, 2004, to October 1, 2005 | SWIN App. 000388-000551 |
| Exhibit I | Subcontract between Swinerton & NOW | SWIN App. 000552-000702 |
| Exhibit J | Certificates of Liability Insurance, Certificate # 35048 (dated 6/23/03, 9/25/03, 9/23/04 & 11/11/04) | SWIN App. 000703-000706 |
| Exhibit K | January 15, 2008 Letter from Amerisure's Dan Duvall to Patrick Wielinski | SWIN App. 000707 |
| Exhibit L | Unpublished Cases Cited in Motion | SWIN App. 000708-000737 |
| | *Boss Mgmt. Servs. v. Acceptance Ins. Co.*, 2007 U.S. Dist. LEXIS 69666 (S.D. Tex. 2007) | SWIN App. 000708-000722 |
| | *Global Sun Pools, Inc. v. Burlington Ins. Co.*, 2004 Tex. App. LEXIS 7552 (Tex. App.—Dallas Aug. 23, 2004, no pet.) | SWIN App. 000723-000724 |
| | *Mid-Continent Cas. Co. v. Acad. Dev., Inc.*, 2010 U.S. Dist. LEXIS 28049 (S.D. Tex. Mar. 24, 2010) | SWIN App. 000725-000730 |
| | *Mid-Continent Cas. Co. v. Acad. Dev., Inc.*, 2010 U.S. Dist. LEXIS 87637 (S.D. Tex. Aug. 24, 2010) | SWIN App. 000731-000737 |
| Exhibit M | Affidavit of Keith Schnell | SWIN App. 000738-000739 |