**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **SWINERTON BUILDERS** | § | |
|      **Plaintiff** | § | |
| | § | **CIVIL ACTION NO. 4:10-cv-01791** |
| **vs.** | § | |
| | § | |
| **ZURICH AMERICAN INSURANCE** | § | |
| **COMPANY, ACE AMERICAN** | § | |
| **INSURANCE COMPANY, ATLANTIC** | § | |
| **CASUALTY, CONTINENTAL** | § | |
| **WESTERN INSURANCE COMPANY,** | § | |
| **HARTFORD CASUALTY INSURANCE** | § | |
| **COMPANY, CNA TRANSPORTATION** | § | |
| **INSURANCE COMPANY, ST. PAUL** | § | |
| **MERCURY INSURANCE COMPANY** | § | |
| **and AMERISURE MUTUAL** | § | |
| **INSURANCE COMPANY** | § | |
|      **Defendants** | § | |

## JOINT NOTICE OF SETTLEMENT

TO UNITED STATES DISTRICT JUDGE KENNETH M. HOYT:

COME NOW Plaintiff Swinerton Builders ("Swinerton") and Defendant Amerisure Mutual Insurance Company ("Amerisure") and jointly file this Notice of Settlement, and show the court as follows:

## BACKGROUND

After the December 20, 2011 mediation held in this matter, Swinerton and Amerisure were able to reach a settlement of all claims which Swinerton and its insurers have or may have against Amerisure arising out of the underlying lawsuit, this lawsuit, and the Student Services Building at issue in the underlying lawsuit. Swinerton and Amerisure are currently in the process of preparing and executing mutually agreeable settlement documents, and upon

**Joint Notice of Settlement Between Swinerton and Amerisure**                    **1**

execution of such settlement documents and payment of the agreed-upon settlement amount, Swinerton will file a Stipulation to Dismiss Amerisure with Prejudice.

The settlement between Swinerton and Amerisure does not affect the affirmative cross-claims Amerisure has in the present case against Co-Defendants Zurich American Insurance Company, Travelers Insurance Company, ACE American Insurance Company, Atlantic Casualty, Continental Western Insurance Company, Hartford Casualty Insurance Company, St. Paul Mercury Insurance Company, and CNA Transportation Insurance Company.

## **REQUESTED RELIEF**

The Court is requested to take note of the settlement between Swinerton and Amerisure and refrain from ruling on any outstanding motions currently pending (1) against Amerisure that were filed by Swinerton and (2) against Swinerton that were filed by Amerisure.  The Court is further requested to dismiss all claims filed by Swinerton against Amerisure with prejudice once the stipulation of dismiss is filed.

Respectfully submitted,

JOHNSON, TRENT, WEST & TAYLOR
919 Milam Street, Suite 1700
Houston, Texas 77002
Telephone:  (713) 222-2323
Facsimile:  (713) 222-2226

By:   */s/ Lawrence J. West***
   Lawrence J. West
   State Bar No. 21202600
   Federal I.D. No. 11124
   ***Signed with permission by Catherine L. Hanna*

**AND**

**Joint Notice of Settlement Between Swinerton and Amerisure**    **2**

HANNA & PLAUT, L.L.P.
211 E. Seventh Street, Suite 600
Austin, Texas 78701
Telephone:     (512) 472-7700
Facsimile:     (512) 472-0205

By:   _/s/ Catherine L. Hanna_____
       Catherine L. Hanna
       State Bar No.  08918280
       Southern District ID No. 13577
       Attorney-in-Charge
       Eric S. Peabody
       State Bar No. 00789539
       Southern Dist. I.D. No. 28229

**ATTORNEYS        FOR        DEFENDANT
AMERISURE     MUTUAL     INSURANCE
COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2012, a true and correct copy of this document was filed via the Court's ECF system pursuant to LR5.1.  The notice of electronic filing generated by the ECF system constitutes service of the document on counsel who are registered users of the system.  Any other counsel of record will be served pursuant to FRCP 5(b) on this same date.

Lawrence J. West
Johnson, Trent, West & Taylor, L.L.P.
919 Milam, Suite 1700
Houston, Texas 77002
*Attorneys for Swinerton Builders*

Beth D. Bradley
Tollefson, Bradley, Ball & Mitchell, L.L.P.
2811 McKinney Avenue, Suite 250
Dallas, Texas 75204
*Attorneys for Continental Western Insurance Company*

Christopher W. Martin
Martin, Disiere, Jefferson & Wisdom, L.L.P.
808 Travis, Suite 1800
Houston, Texas 77002
*Attorneys for Hartford Casualty Insurance Company*

Camille Johnson
Savrick, Schumann, Johnson, McGarr, Kaminski & Shirley, L.L.P.
6440 N. Central Expressway, Suite 107
Dallas, Texas 75206
*Attorneys for Atlantic Casualty*

Greta Ayn Matzen
Colliau, Elenius & Murphy
600 N. Pearl Street, Suite 1400
Dallas, Texas 75201
*Attorneys for Transportation Insurance Company*

Joseph A. Ziemianski
Cozen O'Connor
1221 McKinney, Suite 2900
Houston, Texas 77010
*Attorneys for ACE American Insurance Company*

        */s/ Catherine L. Hanna*
              Catherine L. Hanna

**Joint Notice of Settlement Between Swinerton and Amerisure**                    **4**