IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SWINERTON BUILDERS<br><br>*Plaintiff,*<br><br>V.<br><br>ZURICH AMERICAN INSURANCE COMPANY, TRAVELERS INSURANCE COMPANY, ACE AMERICAN INSURANCE COMPANY, ATLANTIC CASUALTY, CONTINENTAL WESTERN INSURANCE COMPANY, HARTFORD CASUALTY INSURANCE COMPANY, ACE AMERICAN INSURANCE COMPANY and CNA TRANSPORTATION INSURANCE COMPANY, ST. PAUL MERCURY INSURANCE COMPANY & AMERISURE MUTUAL INSURANCE COMPANY<br><br>*Defendants.* | § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:10-CV-1791 |

## STIPULATION OF DISMISSAL

Plaintiff Swinerton Builders ("Swinerton") files this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii).

1. The court has ruled on Swinerton's motion for partial summary judgment and held that ACE has no duty to defend Swinerton in the underlying lawsuit [Docket No. 198]. There are no other issues remaining. Swinerton, therefore, agrees to voluntarily dismiss all of its claims against ACE with prejudice.

2. In addition, to the extent necessary, Swinerton agrees to voluntarily dismiss all of its claims against all other remaining defendants in this action, if any, with prejudice.

3. This case is not a class action, and a receiver has not been appointed.

4. This action is not governed by any statute of the United States that requires an order of the Court for dismissal.

5. None of the parties has previously dismissed an action based on or including the same claims as those presented in this suit.

6. This dismissal is with prejudice.

7. Each party agrees to bear its own attorneys' fees and costs.

Respectfully submitted,

By: /s/ Lawrence J. West
Lawrence J. West
Attorney in Charge
Texas State Bar No. 21202600,
Federal ID No: 11124
E-mail: lwest@johnsontrent.com

OF COUNSEL:

Joshua W. Mermis
State Bar No. 24039055
Federal ID No. 37504
Email: jmermis@johnsontrent.com

JOHNSON, TRENT, WEST & TAYLOR, L.L.P.
919 Milam Street, Suite 1700
Houston, TX 77002
Phone: 713/222-2323
Fax: 713/222-226

ATTORNEYS FOR PLAINTIFF
SWINERTON BUILDERS

## CERTIFICATE OF SERVICE

      I certify that a true copy of this document was served upon all counsel of record pursuant to the Federal Rules of Civil Procedure via certified mail, return receipt requested or the Court's electronic filing system on March 26, 2013.

Joe Ziemianski
Nejat A. Ahmed
COZEN O'CONNOR
1221 McKinney St., Suite 2900
Houston, TX 77010-2011
*Counsel for Defendant ACE American Insurance Co.*

_____
Lawrence J. West