IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SWINERTON BUILDERS | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:10-CV-1791 |
| | § | |
| ZURICH AMERICAN INSURANCE COMPANY, TRAVELERS INSURANCE COMPANY, ACE AMERICAN INSURANCE COMPANY, ATLANTIC CASUALTY, CONTINENTAL WESTERN INSURANCE COMPANY, HARTFORD CASUALTY INSURANCE COMPANY, ACE AMERICAN INSURANCE COMPANY and CNA TRANSPORTATION INSURANCE COMPANY, ST. PAUL MERCURY INSURANCE COMPANY & AMERISURE MUTUAL INSURANCE COMPANY | § § § § § § § § § § § § § | |
| | § | |
| *Defendants.* | § | |

## ORDER OF DISMISSAL

Plaintiff Swinerton Builders has moved to dismiss all of its claims against all Defendants, including Ace American Insurance Company, by filing a Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii) [Doc. # 199]. It is, therefore,

**ORDERED** that all of Plaintiff's claims against all remaining Defendants, including Ace American Insurance Company, are **DISMISSED WITH PREJUDICE**.

Each party shall bear its own costs.

Signed on this 27th day of March, 2013.

_____
Kenneth M. Hoyt
United States District Judge